**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALAN LELCHUK, Derivatively on Behalf of LANTHEUS HOLDINGS, INC.,

Plaintiff,

v.

MARY ANNE HEINO, BRIAN MARKISON, MINNIE BAYLOR-HENRY, DR. GÉRARD BER, JULIE EASTLAND, SAMUEL LENO, HEINZ MÄUSLI, JULIE MCHUGH, DR. PHUONG KHANH MORROW, GARY J. PRUDEN, DR. JAMES H. THRALL, PAUL M. BLANCHFIELD, ROBERT J. MARSHALL, JR., and AMANDA MORGAN,

Defendants,

and

LANTHEUS HOLDINGS, INC.

Nominal Defendants.

Case No.: 1:25-cv-10447

**STIPULATION AND ORDER REGARDING SERVICE, TEMPORARY STAY, AND SCHEDULING**

WHEREAS, on December 17, 2025, Plaintiff Alan Lelchuck filed a Verified Stockholder Derivative Complaint ("Complaint") for, *inter alia*, claims under the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, unjust enrichment, and breach of fiduciary duty derivatively on behalf of Lantheus Holdings, Inc. ("Lantheus" or the "Company") against individual defendants Brian A. Markison, Mary Anne Heino, Minnie Baylor-Henry, Gérard Ber, Julie Eastland, Samuel Leno, Heinz Mäusli, Julie McHugh, Phuong Khanh Morrow, Gary J. Pruden, James H. Thrall, Paul M. Blanchfield, Robert J. Marshall, Amanda M. Morgan

(collectively, the "Individual Defendants"), and the Company as a nominal defendant (the "Derivative Action")[1];

WHEREAS, on September 9, 2025, a putative securities class action captioned *Margolis v. Lantheus Holdings, Inc.*, *et al.*, No. 1:25-cv-07491 (S.D.N.Y.) ("*Margolis*") was filed against the Company and certain of its officers, alleging violations of federal securities law;

WHEREAS, on November 5, 2025, a putative securities class action captioned *Indiana Pub. Ret. Sys. v. Lantheus Holdings, Inc., et al.*, No. 25-cv-9234 (S.D.N.Y.) ("*INPRS*") was filed against the Company and certain of its officers, also alleging violations of federal securities law;

WHEREAS, by order dated December 9, 2025, the *Margolis* and *INPRS* actions were consolidated into one action (the "Securities Litigation"), captioned *In re Lantheus Holdings, Inc. Secs. Litig.*, No. 25-cv-7491 (S.D.N.Y.);

WHEREAS, pursuant to the operative scheduling order in the Securities Litigation, the plaintiff's amended complaint is due on February 9, 2026; the defendants' motion to dismiss is due on April 10, 2026; the plaintiff's opposition is due on June 9, 2026; and the defendants' reply is due on July 9, 2026;

WHEREAS, there is substantial overlap between the facts and circumstances alleged in the Derivative Action and the Securities Litigation, and in the event of discovery, there would be substantial overlap in the potential relevance of many of the same documents and witnesses;

WHEREAS, counsel for the parties in this Derivative Action have conferred concerning the most efficient manner in which to litigate the claims and agree that proceedings in the Securities Litigation may help inform the manner in which the Derivative Action proceeds;

---

[1] The Individual Defendants and nominal defendant Lantheus are collectively referred to as "Defendants." Defendants and Plaintiff are collectively referred to as the "Parties."

WHEREAS, in order to ensure economy of time and effort for the Court, for counsel, and for litigants, the Parties have agreed that, in light of the overlap between the Derivative Action and the Securities Litigation, that the Derivative Action should be voluntarily stayed on the terms set forth below;

WHEREAS, the undersigned counsel for the Defendants have agreed to accept service of the Complaint and summons on their behalf;

WHEREAS, pursuant to the Southern District of New York Electronic Case Filing Rules & Instructions 8.5(b), all undersigned counsel consent to the use of their electronic signatures on this Stipulation and [Proposed] Order.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the undersigned Parties to this action, as follows:

1. The Defendants accept service of the Complaint through their undersigned counsel, without prejudice to any defenses or arguments except respecting service of process. For the avoidance of doubt, no part of this Stipulation shall be construed as a waiver of any rights, claims, or other defenses, including but not limited to Defendants' right to challenge this action as brought in an improper forum.

2. The Derivative Action is hereby temporarily stayed through at least the occurrence of one or more of the following events: (a) the public announcement of any settlement of the Securities Litigation; (b) a ruling on Defendants' anticipated motion to dismiss the Securities Litigation; or (c) the dismissal of the Securities Litigation, with prejudice, and exhaustion of all appeals related thereto. Upon the occurrence of any of the foregoing, Defendants shall promptly notify Plaintiff.

3. Any of the Parties to this Stipulation may seek to lift the stay even in the absence of a triggering event described in Paragraph 2 by filing an application with the Court setting forth any claimed reasons the stay should be lifted, and any Party to this Stipulation opposing such an application must file their opposition within ten (10) business days thereafter.

4. Within thirty (30) days after the stay of the Derivative Action is terminated, the Parties shall meet and confer and submit a proposed scheduling order governing further proceedings in the Derivative Action, including the date by which Defendants must answer, move, or otherwise respond to an operative complaint.

5. Defendants shall promptly notify Plaintiff of any derivative or class action lawsuits against any of the Defendants or any stockholder demand that are based on the same or substantially similar allegations as the Securities Litigation and/or the Derivative Action.

6. Defendants shall invite Plaintiff and his counsel to attend and participate in any mediations held in the Securities Litigation, or any pending or yet to be filed derivative action or matter alleging the same or similar claims as those in the Derivative Action. Defendants shall, subject to agreement from plaintiffs' counsel in the Securities Litigation, produce to Plaintiff all mediation statements exchanged among the parties to any such mediation.

7. Defendants shall promptly produce to Plaintiff any documents produced to plaintiffs or stockholders in any derivative lawsuits against any of the Defendants or any stockholder demand that are based on the same or substantially similar allegations as the Derivative Action, pursuant to a reasonable confidentiality agreement by the Parties that permits Plaintiff to use such documents in Plaintiff's case.

8. Notwithstanding the stay of the Derivative Action, Plaintiff may file an amended complaint at any time during the stay. The stay, however, shall remain in place as described herein,

and thus, Defendants need not answer, move, or otherwise respond to the Complaint. Upon the termination of the stay, Plaintiff shall file or designate an operative complaint in this Derivative Action, to the extent he has not already done so.

9. The Parties may mutually agree to extend the stay beyond the occurrence of one or more of the events outlined in Paragraph 2 above, subject to Court approval. Additionally, any party may move for a further stay once the stay contemplated herein is terminated.

10. By entering this Stipulation, the Parties do not waive any rights not specifically addressed herein or to seek such other relief as may be appropriate as circumstances may develop or warrant in this or any related action, and expressly reserve all such rights.

Dated: January 26, 2026

RIGRODSKY LAW, P.A.

*/s/ Vincent A. Licata*
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
vl@rl-legal.com

*Attorney for Plaintiff Alan Lelchuck*

SIDLEY AUSTIN LLP

*/s/ James Hayworth*
Alex J. Kaplan
James Heyworth
Ana Pajar Blinder
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
ajkaplan@sidley.com
jheyworth@sidley.com
ablinder@sidley.com

*Attorneys for Defendants Lantheus Holdings, Inc., Brian Markison, Paul M. Blanchfield, Robert J. Marshall, Jr., Amanda Morgan, Mary Anne Heino, Minnie Baylor-Henry, Gérard Ber, Julie Eastland, Samuel Leno, Heinz Mäusli, Julie McHugh, Phuong Khanh Morrow, Gary J. Pruden, James H. Thrall*

**SO ORDERED:**

1/26/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE